IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
In re:                         )
                               )
DORSEY TRAILER COMPANY,        )
INC.,                          )
                               )
     Debtor.                   )
                               )
WACHOVIA BANK, N.A.,           )
                               )
     Appellant,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:09cv469-MHT
                               )           (WO)
DOUBLE A TRAILER SALES,        )
INC.,                          )
                               )
     Appellee.                 )
```

OPINION

Appellant Wachovia Bank, N.A., appeals from a decision of the United States Bankruptcy Court for the Middle District of Alabama in an adversary proceeding involving competing claims of priority between Wachovia Bank and appellee Double A. Trailer Sales, Inc. in 15 semi-trailers which had been manufactured by debtor Dorsey Trailer Company, Inc. The bankruptcy court held

that "Double A qualifies as a 'buyer in the ordinary course of business' of the trailers in question"; that "Double A purchased the trailers free and clear of the blanket security interest that Dorsey granted to Wachovia"; and that "the detinue bond posted by Double A is to be discharged." Bankruptcy court opinion (doc. no. 2-24) at 10. Having reviewed the entire record, this district court is not convinced that the bankruptcy court's findings of fact are clearly erroneous, nor does this court see where the bankruptcy court committed any legal error.

Accordingly, the decision of the bankruptcy court should be affirmed on the basis of its well-reasoned opinion.

An appropriate judgment will be entered.

DONE, this the 8th day of March, 2010.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE